UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 20-mj-4287-DHH |
| ) | |
| MONTIQUE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT IN SUPPORT OF RULE 5(c)(3) PROCEEDING**

I, Deputy United States Marshal Justin Bourque, do hereby make oath before the Honorable David H. Hennessy, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am aware that there is presently an outstanding warrant for arrest for Montique Williams (criminal number 3:18-cr-00039-MOC-DCK-1) issued by the Western District of North Carolina, based upon a Supervised Release Violation Petition filed in that district. A copy of said warrant is attached hereto.

I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

_Justin Bourque_
Justin Bourque
Deputy U.S. Marshal

Notice is hereby provided that, pursuant to Federal Rule of Criminal Procedure 4.1, the affiant was sworn during a Zoom Hearing this 24th rd day of November 2020

_David H. Hennessy_
David H. Hennessy
United States Magistrate Judge